JAMES E. RAIL, APPELLANT, V. UNION STOCK-YARDS COMPANY OF OMAHA, APPELLEE.

FILED NOVEMBER 14, 1929. No. 26798.

*Rose, Wells, Martin & Lane* and *Lawrence W. Rice*, for appellant.

*Kennedy, Holland, De Lacy & McLaughlin*, contra.

Heard before GOSS, C. J., DEAN, GOOD, and EBERLY, JJ., and RHOADES, SPEAR and TEWELL, District Judges.

PER CURIAM.

This action was begun in the district court for Douglas county to recover damages for personal injuries sustained by plaintiff while in the defendant's stock-yards at Omaha, Nebraska. At the close of all the testimony the trial court, upon motion, directed a verdict for defendant. Plaintiff has appealed.

We have carefully considered the record and find it to be without prejudicial error. The judgment of the district court is therefore

AFFIRMED.